# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jesus Antonio CARDONA<br>Ana Laura HERNANDEZ<br>Yanette Lizette CARRANCO<br>Jose SALINAS<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 5:20-MJ-129<br>)<br>)<br>)<br>)<br>) **SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 29, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Doo H. Song
_Complainant's signature_

Doo H. Song, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: January 13, 2020

_Judge's signature_

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
V.
Jesus Antonio CARDONA, Ana Laura HERNANDEZ,
Yanette Lizette CARRANCO, Jose SALINAS

**CRIMINAL COMPLAINT**

Case Number:

1. On January 7, 2020 at approximately 4:50 pm, Webb County Sheriff's Office Criminal Investigations Department (WCSO CID) after a welfare check contacted the Laredo South Border Patrol Station and requested assistance from Border Patrol Agents (BPA's) to identify three suspected illegal aliens that were detained.

2. On January 6, 2020 WCSO CID received information from family members of alleged suspected illegal aliens (IA's) that were being extorted and held against their will in Laredo, Texas. On January 7, 2020, family members of the IAs contacted WCSO again and provided GPS coordinates of the location were the IAs where being held. Webb County confirmed the information and proceeded to conduct a welfare check at the residence.

3. Once at the residence WCSO CID requested consent from Ana Laura Hernandez to search the residence and it was denied. After hearing commotion inside the residence, WCSO CID proceeded to conduct a welfare check and determined there was no imminent threat inside the residence. WCSO CID then obtain consent from the neighbors owners and proceeded to search the adjacent property which led to the discovery of three suspected illegal aliens in the backyard that were detained.

4. BPA's responded to the location and conducted an immigration inspection on the subjects and it was determined that they were all citizens of Mexico with no legal right to be in the United States. All subjects were placed under arrest and transported to the Laredo South Border Patrol Station for a further investigation in the smuggling case. Once at the station a further investigation revealed that they were held against their will and were extorted. All subjects were able to provide material witness statements.

5. Material Witness: Paul Ivan Pablo-Jiman a citizen of Mexico provided a sworn statement and stated he made arrangements with his wife in Nuevo Laredo, Mexico to be smuggled into the United States. He agreed to pay $3,200.00 USD upfront and an additional $3,800.00 USD once he arrived to San Antonio, Texas. As part of the arrangements made, Pablo-Jiman was smuggled across the Rio Grande River and into the United States with six other people. Pablo-Jiman was presented with a six person photo lineup and positively identified Jesus Antonio Cardona as the driver of the white Impala who transported them to the apartments and to the house where they were arrested and the person that would also go drop off food every day. Pablo-Jiman also positively identified Ana Laura Hernandez as the individual in charge who was making phone calls to his brother and asking him to pay more money. Pablo-Jiman also positively identified Yanette Lizette Carranco as the daughter of Ana Laura Hernandez and that she told him her name in attempt to make a money transaction under her name. Pablo-Jiman also positively identified Jose Salinas as the person who told them to hide in the restroom when police arrived and as the person who took them outside to hide in the neighbors' backyard.

6. Material Witness: Maria Del Rosario Rocendo-Garcia a citizen of Mexico provided a sworn statement and stated she made arrangements in Nuevo Laredo, Mexico to be smuggled into the United States. She agreed to pay $3,200.00 USD upfront and an additional $3,800.00 USD once she arrived to North Carolina. As part of the arrangements made, Rocendo-Garcia was smuggled across the Rio Grande River and into the United States by a raft with five other people. Rocendo-Garcia was presented with a six person photo lineup and positively identified Yanette Lizette Carranco as the one who would cook, assist her mom with the phone calls to the family members to demand money and the individual who was initially going to pick up the money for her mother. Rocendo-Garcia also positively identified Jose Salinas as the person who was with Yanette Lizette Carranco and told them to go hide in the restroom and then opened the side door and told them to go jump and hide behind the wall. Rocendo-Garcia also positively identified Ana Laura Hernandez as the caretaker of the home and as the individual who was making the phone calls demanding additional payment from family members as well as the person making the arrangements for the money to be picked up.

7.      Material Witness: Ma Yuridia Nava-Moctezuma a citizen of Mexico provided a sworn statement and stated she made arrangements in Nuevo Laredo, Mexico to be smuggled into the United States. She agreed to pay $3,200.00 USD upfront and an additional $3,800.00 USD once she arrived to San Antonio, Texas. As part of the arrangements made, Nava-Moctezuma was smuggled across the Rio Grande River and into the United States by a raft with six other people. Nava-Moctezuma was presented with a six person photo lineup and positively identified Yanette Lizette Carranco as the one who would assist her mom with the phone calls to the family members to demand money. Nava-Moctezuma also positively identified Jose Salinas as one of the persons who told them to go hide in the restroom and also took them outside to hide in the neighbors' backyard. Nava-Moctezuma also positively identified Ana Laura Hernandez as the individual in charge and as the person who was making the phone calls demanding additional payment from family members.

SUBSCRIBED and SWORN to before me on

_____9th_____  day of  _____January, 2020_____

_____  
Signature of Judicial Officer

/S/ Song, Doo H.    Border Patrol Agent  
Signature of Complainant